INTERNATIONAL MAILING COMPANY, Appellant, v. DORINSON, Respondent.

(201 N. W. 159.)

(File No. 5589.   Opinion filed December 2, 1924.)

Appeal from Circuit Court, Turney County.

*C. L. Jones,* of Parker, and *Frank Vincent,* of Alexandria, for Appellant.
*Dan E. Hanson,* of Parker, for Respondent.

PER CURIAM. This is an appeal from a judgment and order denying a new trial. This appeal was taken by serving the

notice of appeal and filing the cost bond on February 9, 1924. No other papers are filed herein.

Appellant having failed to comply with rules 5, 6, 7, and 13 of this court, relating to appeals, the appeal is deemed abandoned, and the judgment and order appealed from are affirmed.